UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| THE ESTATE OF BRIAN KEITH ALLEN, by its Executor, SUSAN K. WRIGHTSMAN, and ELLA MAE ALLEN, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | 1:08-cv-0774-SEB-TAB |
| CCA OF TENNESSEE, LLC d/b/a CORRECTIONS CORPORATION OF AMERICA, NEIL PROBST, TIMOTHY LITTLE, and MARION COUNTY SHERIFF FRANK ANDERSON, | ) ) ) ) ) ) | |
| Defendants. | ) | |

**ORDER DENYING DEFENDANT SHERIFF ANDERSON'S
MOTION FOR MORE DEFINITE STATEMENT**

Brian Keith Allen collapsed in jail and died within days. Plaintiffs—the Estate of Brian Keith Allen, by its Executor Susan K. Wrightsman, and Ella Mae Allen—have filed various federal and state claims against Marion County Sheriff Frank Anderson, the company which operates the jail, and two staff members at the jail. Plaintiffs' amended complaint does not specify whether Plaintiffs are suing Defendant Sheriff Anderson in his official or individual capacity. [Docket No. 30.]

As a result, Defendant Sheriff Anderson filed a motion for more definite statement. [Docket No. 32 at 1.] At a May 4, 2009, pretrial conference held after Defendant Anderson filed this motion, Plaintiffs clarified that they are suing Sheriff Anderson in both his official and individual capacity. [Docket No. 38.] Based upon this clarification, the motion is moot. If Plaintiffs seek further clarification or factual background regarding Plaintiffs' claims, they may

utilize the discovery process. Accordingly, Defendant Sheriff Anderson's motion for more definite statement [Docket No. 32] is denied.

Date: 07/14/2009

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to:

William A. Hahn
BARNES & THORNBURG LLP
william.hahn@btlaw.com

Adam Lenkowsky
ROBERTS & BISHOP
alenkowsky@roberts-bishop.com

Jonathan Lamont Mayes
CITY OF INDIANAPOLIS, CORPORATION COUNSEL
jmayes@indygov.org

Paul K. Ogden
ROBERTS & BISHOP
pogden@roberts-bishop.com

Kenneth T. Roberts
ROBERTS & BISHOP
ktrobatty@aol.com

Tasha Rebecca Roberts
ROBERTS AND BISHOP
troberts@roberts-bishop.com

Michael Rosiello
BARNES & THORNBURG LLP
mike.rosiello@btlaw.com